ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      FAX: (415) 436-7234
      Jonathan.Lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:23-cr-0191-AMO-9 |
|     Plaintiff, | **UNITED STATES' MEMORANDUM IN SUPPORT OF DETENTION OF LESTER GARNETT** |
|   v. | |
| LESTER GARNETT, ET AL, | |
|     Defendants. | |

## I.    INTRODUCTION

Given the nature of the offense conduct—armed, coordinated robberies where victims are put in fear of deadly violence; the weight of the evidence relating to the offense conduct; Mr. Garnett's history and characteristics, including his multiple prior convictions that include two prior firearms possession convictions and his criminal conduct while on supervision (to include a parole violation felony); and his allegiance to the Ghost Town gang, Mr. Garnett should be detained as a danger to the community.

Pretrial Services recommends detention.

## II.      OFFENSE CONDUCT

The operative charging document is the Second Superseding Indictment, filed August 22, 2024, which charges nine defendants with violations Title 18, United States Code, Section 1951(a) – Conspiracy to Engage in Robbery Affecting Interstate Commerce; and Title 18, United States Code, Section 1951(A), 2 – Robbery and Aiding and Abetting Robbery Affecting Interstate Commerce.

Defendant Lester Garnett is charged in Count One alleging Conspiracy to Engage in Robbery Affecting Interstate Commerce, Count Two alleging Robbery and Aiding and Abetting Robbery Affecting Interstate Commerce on March 18, 2022 in San Francisco, and Count Four alleging Robbery and Aiding and Abetting Robbery Affecting Interstate Commerce on December 24, 2022 in Oakland.

Count Two alleges Hobbs Act Robbery at the Robert Johnson Stamp & Coin Company in San Francisco.  Four suspects committed the robbery, with three going inside the business while one waiting with the getaway vehicle.  The robbery was takeover style with the three suspects brandishing firearms to gain control over the two victims inside.  The suspects threatened to shoot the victims if they did not open the safes.  The suspects zip-tied the hands of the younger adult victim and struck him on the head with a firearm, at which point the older adult victim opened the safes.  The suspects stole coins and other valuables worth approximately $300,000.  The swab of a DNA sample from the handle of a safe in the coin store showed limited support for Mr. Garnett's DNA.  Clothing similar to that worn by one of the suspects (black and white Air Jordans, a black hooded sweatshirt and black pants) was found in Mr. Joseph's residence when officers executed a search warrant in January 2023.  In addition, those same shoes – the black and white Air Jordans – were present in an Instagram post made by co-defendant Jakari Jenkins on the evening of March 18, 2022, the date of the coin store robbery.  The post depicted the feet of Mr. Jenkins and his co-conspirators at the H Bee Jewelry Store, which the co-conspirators robbed several months later on November 12, 2022 (Count Three).  Mr. Jenkins pled guilty to Counts 1-4 on December 17, 2024, as did co-defendant Demarco Barnett.  On the day of the coin store robbery, the cell phones of Mssrs. Jenkins, Barnett and co-defendant Joseph traveled in concert from Oakland to San Francisco back to Oakland and then north to San Pablo where H Bee is located.  The government alleges that Mr. Garnett's shoes – the ones recovered in the search warrant execution in January 2023 – are present in Mr. Jenkins's Instagram post.

1    Count Four charges Mr. Garnett and others with the Hobbs Act robbery of an Oakland marijuana

2    business, Joyus Wellness Club, on December 24, 2022.  The indictment alleges that the co-conspirators

3    first burglarized Audi Oakland on Thanksgiving Day, November 24, 2022, stealing the dealership's safe

4    with an estimated $30,000 cash inside.  Mr. Garnett's cell phone was on scene for the Audi burglary,

5    and he had phone call activity with co-defendants Demarco Barnett and Aramiya Burrell around the

6    time of the burglary.  Then the Joyus robbery took place a month later, and one of the getaway vehicles

7    used was an Audi purchased by co-defendant Keanna Smith-Stewart, using a false identity, a few days

8    earlier.  On Christmas Eve, December 24, 2022, Mr. Garnett was on scene for the robbery of Joyus.  In

9    the hours leading up to the robbery, Mr. Garnett was in phone contact with co-defendants Jenkins,

10   Barnett, Burrell, Smith-Stewart, and Garland Rabon.  In the hours afterward, Mr. Garnett's phone

11   traveled back to a residence of a Ghost Town member, along with other co-defendants, before the group

12   dispersed.

13   **III.    LEGAL STANDARD**

14       Detention pretrial is appropriate where "the judicial officer finds that no condition or

15   combination of conditions will reasonably assure the appearance of the person as required and the safety

16   of any other person in the community."  18 U.S.C. § 3142(e)(1).  Detention is appropriate where a

17   defendant is *either* a danger to the community *or* a flight risk; it is not necessary for the government to

18   prove both.  *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).   A finding that a

19   defendant is a danger to the community must be supported by clear and convincing evidence, but a

20   finding that a defendant is a flight risk need only be supported by a preponderance of the evidence.  *Id.*

21   "[T]he Bail Reform Act mandates an individualized evaluation guided by the factors articulated in

22   § 3142(g)."  *United States v. Diaz-Hernandez*, 943 F.3d 1196, 1199 (9th Cir. 2019).  Those factors

23   include:  the nature and circumstances of the offense charged; the weight of the evidence against the

24   defendant; the history and characteristics of the defendant, including the defendant's character, physical

25   and mental condition, family and community ties, past conduct, history relating to drug or alcohol abuse,

26   criminal history, and record concerning appearance at court proceedings, as well as whether the crime

27   was committed while the defendant was on probation or parole; and the nature and seriousness of the

28   danger to any person or to the community that would be posed by the defendant's release.  18 U.S.C.

§ 3142(g); *United States v. Winsor*, 785 F.2d 755, 757 (9th Cir. 1986).

## IV.    ARGUMENT

The weight of the evidence is very strong.  Mr. Garnett is charged with two robberies – one in March 2022 and one in December 2022, and he was present for the Audi burglary in November 2022, making his role in the conspiracy was ongoing.  Regarding the March 2022 coin store robbery, Mr. Garnett's DNA was found on the handle of the coin store's safe.  The DNA return shows up as "limited support" as Mr. Garnett wore gloves.  The location of the sample on the safe handle is highly probative, because the safe was located in a part of the office where only the employees had access, and it indicates that Mr. Garnett played a pivotal role in opening the safe, which occurred after the suspects threatened the two victims and zip-tied the hands of and struck with a firearm one of the victims.  The clothing and shoes recovered from Mr. Garnett's residence the following January connect him to the robbery because the shoes, sweatshirt and pants were seen on the lobby security video, in co-defendant Jenkins's social media post later that afternoon at H Bee in San Pablo, and of course in Mr. Garnett's house.  Mr. Garnett's cell phone places him on scene for the Audi burglary and the Joyus robbery.  Both of the charged robberies were violent, takeover robberies with firearms brandished and victims threatened with death and struck on the head with a firearm.  In both robberies, the suspects took the victims' identification and credit cards.

Mr. Garnett was later photographed at a party in December 2022 wearing jewelry suspected of being stolen in the H Bee robbery in November 2022.  *See* Appendix A.  Mr. Garnett is not charged with the H Bee robbery but his cell phone was at the same location in Oakland as those who are charged with that robbery immediately after the robbery.

Mr. Garnett has a lengthy criminal history that includes six felony convictions from 2010 to 2018.  Two of his convictions, in 2015 and 2017, were for illegal firearms possession and one conviction included drug trafficking offense conduct with firearm possession.  Mr. Garnett's possession of firearms to commit crimes over a decade highlights the danger to the community.

In addition, Mr. Garnett's criminal activity continued even when he was under a sentence of supervision.  In 2015, Mr. Garnett's sustained a conviction for violating parole, and his criminal history report indicates he received a sentence of 16 months prison.  In addition to the parole violation

conviction, Mr. Garnett was convicted of conduct violating community supervision terms on three occasions in 2015-2017. Mr. Garnett's criminal history includes several warrants for his failure to appear for court in Modesto, or Ceres, California in 2006-2008.

Mr. Garnett declared his association with the Ghost Town gang for jail housing classification in 2015, and reasserted his association in four subsequent incarcerations from 2016-2023.

Finally, Mr. Garnett's Instagram account includes photos of him using gang hand signs, associating with other Ghost Town gang members, communications about drug trafficking, and a September 2022 conversation where he provides advice to another individual regarding probation, ankle monitoring, and providing false information to circumvent law enforcement. This conversation was with a user "Bhiebeaafhiiijggb." On August 2, 2022, "bhiebeaafhiiijggb" states that she has 11 days until she turns herself in. By September 11, 2022, she states that she is on probation and staying in Vallejo. When "bhiebeaafhiiijggb" tells Mr. Garnett (known as "LA") that she has does not have a GPS ankle monitor, his response includes several statements telling her to ignore the rules, reasons she can do what she wants, and a way to get around the rules including providing an address used infrequently to throw law enforcement off the trail. *See* Appendix B. When he was arrested, Mr. Garnett was found at an address in Pleasant Hill, California that was unknown previously to law enforcement.

## V.    CONCLUSION

The United States respectfully requests that the Court detain Mr. Garnett as a danger to the community.


DATED:  December 18, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


_____/s/_Jonathan U. Lee_____
JONATHAN U. LEE
Assistant United States Attorney

<u>Appendix A</u>



1

<u>Appendix B</u>

2

3

**Because probation crazy lol**
Incoming Message sent by bhiebeaafhiiijggb (618323296)
Sent: 2022-09-11 23:43:09 (PDT)
Message ID: *Not Available*

4

5

**You know I'm a la girl**
Incoming Message sent by bhiebeaafhiiijggb (618323296)
Sent: 2022-09-11 23:43:16 (PDT)
Message ID: *Not Available*

6

7

8

> **Oh they tripping on you you can't leave**
> Outgoing Message sent by b.n.d_3200 (35044417190)
> Sent: 2022-09-11 23:45:34 (PDT)
> Message ID: *Not Available*

9

10

11

> **lol you ready to go**
> Outgoing Message sent by b.n.d_3200 (35044417190)
> Sent: 2022-09-11 23:46:22 (PDT)
> Message ID: *Not Available*

12

13

**Well idk I never been on this before so I just to follow the rules**
Incoming Message sent by bhiebeaafhiiijggb (618323296)
Sent: 2022-09-11 23:52:48 (PDT)
Message ID: *Not Available*

14

15

16

**I just came home yesterday**
Incoming Message sent by bhiebeaafhiiijggb (618323296)
Sent: 2022-09-11 23:52:58 (PDT)
Message ID: *Not Available*

17

18

**I'll go see tomorrow maybe**
Incoming Message sent by bhiebeaafhiiijggb (618323296)
Sent: 2022-09-11 23:53:04 (PDT)
Message ID: *Not Available*

19

20

21

> **You on ankle or something??**
> Outgoing Message sent by b.n.d_3200 (35044417190)
> Sent: 2022-09-11 23:59:42 (PDT)
> Message ID: *Not Available*

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**No**
Incoming Message sent by bhiebeaafhiiijggb (618323296)
Sent: 2022-09-12 00:13:26 (PDT)
Message ID: *Not Available*

Well you good then like how he gone know you gone lol
Outgoing Message sent by b.n.d_3200 (35044417190)
Sent: 2022-09-12 00:17:27 (PDT)
Message ID: *Not Available*

That 50 mile radius shit be bullshit frfr
Outgoing Message sent by b.n.d_3200 (35044417190)
Sent: 2022-09-12 00:17:41 (PDT)
Message ID: *Not Available*

Yeah or you can give them a addy out here
Outgoing Message sent by b.n.d_3200 (35044417190)
Sent: 2022-09-12 00:25:00 (PDT)
Message ID: *Not Available*

I promise they ain't gone be tripping that hard
Outgoing Message sent by b.n.d_3200 (35044417190)
Sent: 2022-09-12 00:25:12 (PDT)
Message ID: *Not Available*

Yeah give them the one you don't be at that much
Outgoing Message sent by b.n.d_3200 (35044417190)
Sent: 2022-09-12 00:30:27 (PDT)
Message ID: *Not Available*