# LAW OFFICE OF ROBERT WAGGENER

---

214 Duboce Avenue, San Francisco, CA 94103-1099     (415) 431-4500     FAX (415) 255-8631     rwlaw@mindspring.com

May 12, 2025

United States Magistrate Judge Kandis A. Westmore                    **Via CM/ECF**
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

Re:   United States v. Jenkins (Lester Garnett) CR-23-0191 AMO
      Request for Bail Review Hearing on either May 14 or 15

Dear Magistrate Judge Westmore,

  Assistant United States Attorneys Jonathan Lee and Wendy Garbers and I are requesting that a bail review hearing be set for my client, defendant Lester Garnett, for either the morning of Wednesday, May 14, or Thursday, May 15, 2025, whichever is more convenient to the Court. Mr. Garnett has now been in custody for some time, having been ordered detained in early January 2025. (ECF 228) Mr. Lee, Ms. Garbers and I are in agreement that there has been a change of circumstances and that there is additional information not known at the time of the initial detention hearing which warrants a review of Mr. Garnett's continued detention. A particular example of this new information is serious doubt, based on call detail records for Mr. Garnett's cell phone, about Mr. Garnett's participation in the March 18, 2022 Coin takeover robbery in San Francisco.

  Given the change in circumstances, Mr. Lee, Ms. Garbers and I have an agreement in principle that Mr. Garnett can be released to a halfway house on a bond similar to that of other defendants in this case who have been released. We are working out the details of the bond and the appropriate sureties, and are confident that we can have the details worked out by the time of the court date. United States Pretrial Services will of course be notified of this new development, including any necessary updates to the previously prepared Pretrial Bail Report and Addendum. (ECF 203, 215)

  Thank you for your cooperation, and let me know if you have any questions or need
///

any further information.

                Respectfully,

                _____/s/_____
                Robert Waggener
                Attorney for LESTER GARNETT


cc: Jonathan Lee, Wendy Garbers AUSAs
    Ana Mendoza, USPTS