1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7210
7      FAX: (415) 436-6748
       Jonathan.Lee@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,            )   No. 4:23-cr-00191 AMO
                                         )
14          Plaintiff,                   )
                                         )   NOTICE OF CORRECTED CONTACT
15      v.                               )   INFORMATION
                                         )
16  JAKARI JENKINS, ET AL.,              )
                                         )
17          Defendants.                  )
                                         )
18                                       )

NOTICE OF CORRECTED CONTACT INFO.   1
4:23-cr-00191 AMO

The United States Attorney's Office files this Notice of Corrected Contact Information for Assistant United States Attorney Jonathan U. Lee, in order to provide counsel and court personnel updated contact information for AUSA Lee. This notice updates the mailing address, phone number and facsimile number to current information.

The undersigned requests that the Clerk's Office revise the contact information for undersigned counsel on the docket to the following:

Jonathan U. Lee<br>
450 Golden Gate Avenue, Box 36055<br>
San Francisco, CA 94102-3495<br>
Jonathan.Lee@usdoj.gov<br>
(415) 436-7210 phone<br>
(415) 436-6748 facsimile

DATED: June 17, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jonathan U. Lee*
_____
JONATHAN U. LEE
Assistant United States Attorney