ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:          (415) 431-4500
Fax:            (415) 255-8631
E-Mail:         rwlaw@mindspring.com

Attorney for Defendant LESTER GARNETT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | **Case No. CR 23-00191-07** |
| Plaintiff, | **DEFENDANT LESTER GARNETT'S [PROPOSED] ORDER TO EXTEND SELF-SURRENDER DATE** |
| v. | |
| LESTER GARNETT, | |
| Defendant. | |
| _____ / | |

For good cause shown, IT IS HEREBY ORDERED that Defendant Lester Garnett's motion to extend his self-surrender date to July **28**, 2026, is GRANTED. Mr. Garnett is HEREBY ORDERED to surrender to serve his sentence at the institution designated by the United States Bureau of Prisons by July **28**, 2026, no later than 2:00 p.m.

IT IS SO ORDERED.

Dated: May 15, 2026

The Honorable Araceli Martinez-Olguín
United States District Judge

**DEFENDANT GARNETT'S [PROPOSED] ORDER TO EXTEND SELF-SURRENDER DATE**