ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone: (415) 431-4500
Fax: (415) 255-8631
E-Mail: rwlaw@mindspring.com

Attorney for Defendant LESTER GARNETT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

Plaintiff,

v.

LESTER GARNETT,

Defendant.
_______________________________________/

**Case No. CR 23-00191-07**

**DEFENDANT LESTER GARNETT'S ~~[PROPOSED]~~ ORDER TO EXTEND SELF-SURRENDER DATE**

For good cause shown, IT IS HEREBY ORDERED that Defendant Lester Garnett's motion to extend his self-surrender date to August 4, 2026, is GRANTED. Mr. Garnett is HEREBY ORDERED to surrender to serve his sentence at the institution designated by the United States Bureau of Prisons by August 4, 2026, no later than 2:00 p.m.

IT IS SO ORDERED.

Dated: July 28, 2026

_______________________________
The Honorable Araceli Martinez-Olguin
United States District Judge